# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
YAAKOV LOEFFLER, individually and on behalf of all others similarly situated,

                     Plaintiff,

    -against-                                                        23 **CIVIL** 1098 (VB)

                                                                            **JUDGMENT**

WONG FLEMING, P.C.,

                     Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2023, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      November 20, 2023

                                                                          **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                                                  **BY:**  *K. Mango*

                                                                             **Deputy Clerk**